IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TIRRELL LEWIS,<br><br>　　　　　Defendant. | CR 21-68-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the revocation hearing currently scheduled for Thursday, June 5, 2025 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Wednesday, July 23, 2025 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 2nd day of June, 2025.

　　　　　　　　　　　　　　　　　*Susan P. Watters*
　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　United States District Judge

1